(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT

22 JUL -1 PM 1:06

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Plaintiff(s)

MOURICE NEAL EL

Case No. 1:22CV385

JUDGE MCFARLAND

MAGISTRATE JUDGE LITKOVITZ

vs.

Defendants(s)

SHERIFF OFFICER SHOWMAN

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions:** In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

I. Are you employed?   Yes **X**   No____
   A. If you answered "Yes":
      (1) What is the name and address of your employer
          NEAL EL RETAIL SERVICES
          321 Garrison St
          self-employed
      (2) How much do you earn per month?
          Ø

   B. If you answered "No"
      (1) Have you ever been employed?   Yes____   No____
      If yes, what was the last year and month you were
      employed? _____
      How much did you earn a month? _____

II. What is your marital status?
    Single **X**      Married____      Widowed____      Divorced____
    A. If you answered "Married":
       (1) Is your spouse employed?   Yes____   No____
       If yes, how much does your spouse earn each month?
       $ _____

III. Do you have any dependents?   Yes____   No **X**
     If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

     **Name**              **Relationship**              **Amount**

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?   Yes **X**   No____
    A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

    **Source**            **Amount**            **Source**            **Amount**
    SSI                   $ 942.or 943.00                             $
                          $                                           $
                          $                                           $

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes **X**   No____

   A. If you answered "Yes", state the combined total amount:
      $ _470.00 about_

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
    Yes **X**   No____
    A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| Car | $1,500 | | $ |
| pickup truck | $1,500 | | $ |
| | $ | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Clark State Community | $839.56 | Spectrum | $77.97 |
| home rent | $440.00 | | $ |
| building rent | $200.00 | | $ |
| AEP Ohio light bill | $30.00 to 60.00 | | $ |

VIII. State your address and telephone number where the Court can reach you.
   319½ Garrison Street
   Apt. 2 R
   Fremont, OH 43420
   313-516-4596

I declare under penalty of perjury that the above information is true and correct.

6-28-2022                     _Maurice Neil El_
Date                          Signature of Applicant

-3-